# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128419

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENNIS DEMAR LINCOLN,
      Defendant-Appellant.

SC: 128419
COA: 249838
Wayne CC: 03-000903-01

_____/

On order of the Court, the application for leave to appeal the March 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

          Clerk

t1024